## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ALEXYS TAYLOR and AMERICA HAILESELASSIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALCON VISION, LLC <br><br> *Defendant*. | ) ) ) ) ) ) ) ) Case No.: 1:21-CV-04019 ) ) Judge: Hon Robert M. Dow Jr. ) ) |

### PLAINTIFF'S MOTION FOR VOLUNTARILY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiff identified below moves for voluntary dismissal without prejudice from this case. Per Rule 41, the Plaintiff identified below may dismiss this action without prejudice or without a court order because the Defendant has not served an answer. The following Plaintiff hereby gives his notice of voluntary dismissal without prejudice in this case:

- America Haileselassie

Date: August 24, 2021

Respectfully Submitted,

By: */s/ Brandon M. Wise*
Brandon M. Wise – #6319580
Paul A. Lesko - #6288806
**PEIFFER WOLF CARR KANE & CONWAY, LLP**
818 Lafayette Ave., Floor 2
St. Louis, Missouri 63104
314.833.4825
bwise@peifferwolf.com
plesko@peifferwolf.com

Aaron Siri, Esq. (*Pro Hac Vice To Be Filed*)
Mason Barney, Esq. (*Pro Hac Vice To Be Filed*)
SIRI & GLIMSTAD LLP
200 Park Avenue, 17th Floor
New York, NY 10166
Telephone: 212-532-1091
Email: aaron@sirillp.com
Email: mbarney@sirillp.com

COUNSEL FOR THE PLAINTIFFS AND THE PUTATIVE CLASS

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I filed the foregoing document with the clerk of the Court using the Court's ECF system, which should further distribute a true and accurate copy of the foregoing to all counsel of record.

*/s/ Brandon M. Wise*

2