IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America Taylor, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> Alcon Vision, LLC, <br><br> Defendant(s). | Case No. **21-cv-04019** <br> Judge Robert M. Dow |

### ORDER

Plaintiff's motion for voluntary dismissal without prejudice [11] acts as a stipulation of dismissal under FRCP 41(a)(1)(A)(i) as to Plaintiff America Haileselassie. The case remains pending as to Plaintiff Alexis Taylor with all existing deadlines in place. The Clerk is directed to terminate the motion [11] as moot.

Date: 8/26/2021                                             /s/ Judge Dow