UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Alexys Taylor, et al.
                    Plaintiff,

v.                                        Case No.: 1:21−cv−04019
                                          Honorable Robert M. Dow Jr.

Alcon Vision, LLC
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 21, 2021:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Defendant's unopposed motion to stay proceedings and deadlines by sixty days to finalize settlement [22] is granted. A telephonic status hearing is set for 12/14/2021 at 9:00 a.m. Participants should use the Court's toll−free, call−in number 877−336−1829, passcode is 6963747. If a stipulation of dismissal is filed prior to that date, the status hearing will be cancelled and the case will be closed. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.