# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALEXYS TAYLOR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, )<br><br>*Plaintiffs*,<br><br>v.<br><br>ALCON VISION, LLC<br><br>*Defendant*. | Case No.: 1:21-cv-4019<br><br>Judge: Robert M. Dow |

## MOTION FOR VOLUNTARY DISMISSAL

COMES NOW, Plaintiff Alexys Taylor, by and through her undersigned counsel, to move and request that this matter be dismissed with prejudice in its entirety, with each side to bear its own costs and fees, and that all future dates be stricken. A Proposed Order is submitted herewith.

Respectfully submitted,

Dated: December 14, 2021      By: */s/ Adam Florek*

                                         Brandon M. Wise
                                         Paul A. Lesko
                                         Adam Florek
                                         PEIFFER WOLF CARR KANE & CONWAY, APLC
                                         818 Lafayette Ave., Floor 2
                                         St. Louis, Missouri 63104
                                         Phone: 314-833-4825
                                         Email: bwise@peifferwolf.com
                                         Email: plesko@peifferwolf.com
                                         Email: aflorek@peifferwolf.com

                                         COUNSEL FOR THE PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2021, a true and accurate copy of the foregoing document was filed with the Clerk of the Court using the Illinois e-filing system. Said system will provide notice and allow access to all counsel of record.

                                                                              */s/ Adam Florek*

# Exhibit A

# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALEXYS TAYLOR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>  *Plaintiffs*,<br><br>v.<br><br>ALCON VISION, LLC<br><br>  *Defendant*. | Case No.: 1:21-cv-4019<br><br>Judge: Robert M. Dow |

## ORDER ON MOTION FOR VOLUNTARY DISMISSAL

**THIS CAUSE** having come before the Court for consideration on the Motion for Voluntary Dismissal, and the Court, having reviewed the Motion and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that this case is dismissed with prejudice in its entirety, with each party to bear its own costs and fees.

**IT IS FURTHER ORDERED** that all currently set dates and deadlines are stricken.

Entered: November [\_\_\_], 2021

                             _____
                             The Honorable Judge Robert M. Dow