## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Alexys Taylor, et al.

                       Plaintiff,

v.                                                Case No.: 1:21−cv−04019

                                                     Honorable Robert M. Dow Jr.

Alcon Vision, LLC

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 14, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held telephonically. Motion for voluntary dismissal [25] is granted. This action is dismissed with prejudice in its entirety, with each side to bear its own costs and fees. All future dates are stricken. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.